IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CASSANDRA C. OLAGUE,

    Plaintiff,                          No. CIV S-11-0331 LKK EFB PS

    vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.                   <u>ORDER</u>

       Plaintiff, proceeding in pro se, has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. This matter was referred to this court by Local Rule 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).

       Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). The court may authorize the commencement of an action without prepayment of fees and costs or security therefor, by a person who submits an affidavit showing that he is unable to pay such costs or give security therefor. 28 U.S.C. § 1915(a)(1). An *in forma pauperis* applicant must demonstrate that because of her poverty, she cannot meet court costs and still provide himself and his dependents with the necessities of life. *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2004) (affidavit is sufficient if it represents that the litigant is "unable to pay for the court fees and costs, and to provide

1

necessities for himself and his dependents") (citing *Adkins v. E.I. Du Pont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948)); *see also Sears, Roebuck & Co. v. Charles W. Sears Real Estate, Inc.*, 865 F.2d 22, 23 (2d Cir. 1988) (denying *in forma pauperis* status where applicant had a net income of approximately $20,000).

Plaintiff has submitted an affidavit in support of the application to proceed *in forma pauperis*, as required by 28 U.S.C. § 1915(a)(1). Dckt. No. 2. However, the first page of the affidavit is blank. Because plaintiff has not provided any information to this court regarding her employment or other income, this court cannot determine whether plaintiff is unable to pay the costs of suit or give security therefor.

Accordingly, plaintiff is directed to file, within fourteen days of this order, a further affidavit containing the required information regarding plaintiff's employment income and any other income she has received within the past twelve months. The court will then resume consideration of plaintiff's application to proceed *in forma pauperis*. A failure to file a further affidavit as ordered will result in a recommendation that plaintiff's application to proceed *in forma pauperis* be denied.

SO ORDERED.

DATED: May 5, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2