IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CASSANDRA C. OLAGUE,

    Plaintiff,                     No. CIV S-11-0331 LKK EFB PS

    vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.             <u>ORDER</u>

        Plaintiff, proceeding *pro se*, has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. This matter was referred to this court by Local Rule 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).

        On May 5, 2011, the undersigned issued an order explaining that the first page of the affidavit plaintiff submitted in support of the application to proceed *in forma pauperis* was blank, and that plaintiff failed to provide the court with any information regarding her employment or other income. Dckt. No. 3. Accordingly, because the court could not determine whether plaintiff was unable to pay the costs of suit or give security therefor, the order directed plaintiff to file "a further affidavit containing the required information regarding plaintiff's employment income and any other income she has received within the past twelve months," and stated that the court would then resume consideration of plaintiff's application to proceed *in*

1

*forma pauperis. Id.*

On May 23, 2011, plaintiff filed a revised affidavit in support of her application to proceed *in forma pauperis*. Dckt. No. 4. Plaintiff's revised affidavit demonstrates that plaintiff is unable to prepay fees and costs or give security thereof. Accordingly, the request to proceed *in forma pauperis* will be granted. 28 U.S.C. § 1915(a).

Pursuant to 28 U.S.C. § 1915(e)(2), the court is directed to dismiss a case filed pursuant to the *in forma pauperis* statute if, at any time, it determines that the allegation of poverty is untrue, or if the action is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against an immune defendant. The court cannot make this determination on the present record. Therefore, the court reserves decision on these issues until the record is sufficiently developed.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed *in forma pauperis*, Dckt. No. 4, is granted.

2. The Clerk of the Court is directed to issue forthwith all process pursuant to Federal Rule of Civil Procedure 4.

3. The Clerk of Court shall send plaintiff ten USM-285 forms, one summons, a copy of the complaint, this court's scheduling order, and the forms providing notice of the magistrate judge's availability to exercise jurisdiction for all purposes and the court's voluntary dispute resolution program.

4. Plaintiff is advised that the U.S. Marshal will require:

    a. One completed summons;

    b. One completed USM-285 form for each defendant;

    c. A copy of the complaint for each defendant, with an extra copy for the U.S. Marshal; and,

    d. A copy of this court's scheduling order and related documents for each defendant.

1  5. Plaintiff shall supply the United States Marshal, within 14 days from the date this
2  order is filed, all information needed by the Marshal to effect service of process, and *shall,*
3  *within 14 days thereafter, file a statement with the court that said documents have been*
4  *submitted to the United States Marshal.*

5  6. The U.S. Marshal shall serve process, with copies of this court's scheduling order and
6  related documents, within 90 days of receipt of the required information from plaintiffs, without
7  prepayment of costs. *The United States Marshal shall, within 14 days thereafter, file a statement*
8  *with the court that said documents have been served.* If the U.S. Marshal is unable, for any
9  reason, to effect service of process on any defendant, the Marshal shall promptly report that fact,
10 and the reasons for it, to the undersigned.

11 7. The Clerk of Court shall serve a copy of this order on the United States Marshal, 501
12 "I" Street, Sacramento, CA 95814 (tel. 916-930-2030).

13 8. Failure to comply with this order may result in a recommendation that this action be
14 dismissed.

15 DATED: July 6, 2011.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3