IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CASSANDRA C. OLAGUE,

    Plaintiff,

vs.

COUNTY OF SACRAMENTO; SACRAMENTO COUNTY BOARD OF SUPERVISORS; COUNTY OF SACRAMENTO CHILD PROTECTIVE SERVICES; ROGER DICKINSON; JIMMIE YEE; SUSAN PETERS; ROBERTA MACGLASHAN; DON NOTTLI; KENNETH DAVIS; TRACY DAVIS; ROBERT KITAY; CHRISTINA MEZA; RICARDO GUZMAN; CHERYL BOURESSA; and DOES 1 through 7,

    Defendants.
_____/

No. 2:11-cv-331-LKK-EFB PS

ORDER

On August 21, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

////

1

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed August 21, 2012, are ADOPTED;

2. Defendant Robert Kitay's motion to dismiss, Dckt. No. 26, is granted;

3. Defendants Cheryl Bouressa, County of Sacramento, County of Sacramento Child Protective Services, Roger Dickinson, Roberta MacGlashan, Don Nottli, Susan Peters, Sacramento County Board of Supervisors, and Jimmie Yee's motion to dismiss, Dckt. No. 30, is granted;

4. Plaintiff's entire complaint is dismissed (against all defendants) pursuant to Federal Rule of Civil Procedure 12(b)(6) and 28 U.S.C. § 1915(e); and

5. Plaintiff is granted thirty days from the date of this order to file an amended complaint as provided in the magistrate judge's findings and recommendations (alleging only a § 1983 against the County Defendants based on a violation of plaintiff's visitation rights). Plaintiff is admonished that failure to timely file an amended complaint will result in a recommendation of dismissal by the magistrate judge.

DATED:   September 20, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2